United States District Court
Southern District of Texas
**ENTERED**
July 14, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Amin Zehra, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-25-5625 |
| | § | |
| Kristi Noem, et al., | § | |
| | § | |
| Defendants. | § | |

## O R D E R

It is **ORDERED** that Respondents **SHALL** file an expedited response to Petitioner's Motion

to Expedited Ruling (docket no. 17) **by July 28, 2026.**

**SIGNED** at Houston, Texas, on the 14th day of July, 2026.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE